

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name: Edward Moers and Daniel Moers v. Harris County Appraisal District, Chief Appraiser of Harris County Appraisal, Jim Robinson, and Harris County Appraisal Review Board

Appellate case number: 01-13-00549-CV

Trial court case number: 2009-55877

Trial court: 165th District Court of Harris County

It is ordered that Appellants' Motion for Rehearing is **denied**.

Justice's signature: /s/ Rebeca Huddle
                                Acting for the Court

Panel consists of: Justices Massengale, Brown, and Huddle

Date: September 3, 2015